NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CIENA CORPORATION,**
*Appellant*

**v.**

**OYSTER OPTICS, LLC,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2117

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00070.

---

**ON MOTION**

---

Before MOORE, O'MALLEY, and STOLL, *Circuit Judges*.

PER CURIAM.

2                     CIENA CORPORATION v. OYSTER OPTICS, LLC

## O R D E R

The Director of the United States Patent and Trademark Office requests to reissue the court's nonprecedential order, dated January 28, 2020, as precedential.

Upon consideration thereof,

IT IS ORDERED THAT:

The request is granted.  The precedential order issues concurrently herewith.

                                        FOR THE COURT

May 5, 2020                    /s/ Peter R. Marksteiner
    Date                       Peter R. Marksteiner
                               Clerk of Court